IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

2002 FEB 20 P 2: 50

| | |
|---|---|
| BART CEZAR, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. WMN01-3756 |
| ) | |
| COHEN, ALPERT, AND FORMAN, ) | |
| LLC, et al. ) | |
| ) | FEB 2 0 2002 |
| Defendants. ) | |
| ) | |

NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff Bart Cezar, by counsel, hereby dismisses this action and all of his claims against all defendants therein with prejudice.

Respectfully submitted,

*Ernest P. Francis*

Ernest P. Francis
Federal Bar No. 12263
ERNEST P. FRANCIS, LTD.
1655 North Fort Myer Drive
Suite 700
Arlington, VA 22209
(703) 683-5696

Counsel for Plaintiff

" APPROVED " THIS 20th DAY
OF February, 2002

UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Notice of Dismissal was mailed first class postage prepaid and addressed to Stanley Alpert, Esq., Cohen, Alpert & Forman, LLC, 334 St. Paul Place, Baltimore, MD 21202, this 15th day of February, 2002.

_Ernest P. Francis_
Ernest P. Francis